JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CP MEDIA LIMITED, | ) Case No. CV10-4807ODW (RCx) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| | ) **(FRCP 58)** |
| RUNAWAY HOME PRODUCTIONS, LLC | ) |
| Respondent. | ) |
| RUNAWAY HOME PRODUCTIONS, LLC, | ) |
| Cross-Petitioner, | ) |
| vs. | ) |
| CP MEDIA LIMITED | ) |
| Cross- Respondent. | ) |

1
**JUDGMENT**

1    On October 4, 2010, the Court in the Central District of California, Hon. Otis D. Wright, II, considered Runaway Home Productions, LLC's Motion to Confirm Arbitration Award in its favor in the amount of $218,900.00 ("Runaway's Motion") and CP Media Limited's Motion to Vacate same ("CP Media's Motion") and the papers submitted in support of and in opposition to those Motions.

    The Motions were considered without oral argument.

    By Order dated October 4, 2010, the Court, having fully considered the papers in this matter and all submissions to the Court, granted Runaway's Motion and denied CP Media's Motion finding that Runaway satisfied the parameters of the Federal Arbitration Act, 9 U.S.C. §9, and that CP Media had not established the Arbitrator's "manifest disregard for the law" or any other ground for vacating the Award under 9 U.S.C. §10.

    IT IS THEREFORE ORDERED that Respondent and Cross-Petitioner Runaway Home Productions have judgment against Cross-Respondent CP Media Limited for the relief demanded in the Petition, namely that the Arbitration Award is confirmed and that Runaway have judgment in the amount of $218,900.00, plus interest and Runaway's costs, against CP Media Limited.

    IT IS FURTHER ORDERED that judgment as provided in this Order will be entered in accordance with Rule 58, Federal Rules of Civil Procedure.

Dated: October 29, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE