UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CP MEDIA LIMITED,<br><br>    Petitioner,<br><br>vs.<br><br>RUNAWAY HOME PRODUCTIONS, LLC<br><br>    Respondent.<br>--------------------------------------------------<br>RUNAWAY HOME PRODUCTIONS, LLC,<br><br>    Cross-Petitioner,<br><br>vs.<br><br>CP MEDIA LIMITED<br><br>    Cross- Respondent.<br>-------------------------------------------------- | Case No. CV10-4807ODW (RCx)<br><br>[~~PROPOSED~~] AMENDED JUDGMENT<br><br>(FRCP 58) |

On October 4, 2010, the Court in the Central District of California, Hon. Otis D. Wright, II, considered Runaway Home Productions, LLC's ("Runaway") Motion to Confirm Arbitration Award in its favor in the amount of $218,900.00 ("Runaway's Motion") and CP Media Limited's Motion to Vacate same ("CP Media's Motion") and the papers submitted in support of and in opposition to those Motions.

The Motions were considered without oral argument.

By Order dated October 4, 2010, the Court, having fully considered the papers in this matter and all submissions to the Court, granted Runaway's Motion and denied CP Media's Motion finding that Runaway satisfied the parameters of the Federal Arbitration Act, 9 U.S.C. §9, and that CP Media had not established the Arbitrator's "manifest disregard for the law" or any other ground for vacating the Award under 9 U.S.C. §10.

On October 29, 2010, the Court entered Judgment in favor of Runaway in the amount of $218,900.00, plus interest and Runaway's costs, against CP Media Limited.

On March 2, 2011, the Court in the Central District of California, Hon. Otis D. Wright, II, considered a timely Motion to Amend Judgment filed by Runaway Home Productions, LLC's to Amend Judgment to Include an Award of Pre-judgment Interest, Attorneys' Fees and Post-Judgment Interest ("Runaway's Motion to Amend"). The Motion was considered without oral argument.

By Order dated March 2, 2011, the Court, having fully considered the papers in this matter and all submissions to the Court, granted Runaway's Motion to Amend in part and denied it in part denying the motion for attorneys' fees and granting pre-judgment interest and post-judgment interest at the rate of .23% per annum from October 29, 2010 until fully paid.

. IT IS THEREFORE ORDERED that Respondent and Cross-Petitioner Runaway Home Productions have an amended judgment against Cross-Respondent CP Media Limited for the relief demanded in the Petition, namely that the

Arbitration Award is confirmed and that Runaway have judgment as follows against CP Media:

1. In the principal amount of $218,900.00;
2. For pre-judgment interest in the amount of $12,588.94; and
3. For post-judgment interest accruing at the rate of .23% per annum from October 29, 2010 until paid in full.

IT IS FURTHER ORDERED that amended judgment as provided in this Order will be entered in accordance with Rule 58, Federal Rules of Civil Procedure.

Dated: 2/6, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE